# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:16CR26 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| AARON C. CRADDOCK, JR., | ) | |
| Defendant. | ) | |

Before the Court are the Findings and Recommendation ("Report") of Magistrate Judge Thomas D. Thalken (Filing No. 26). The Report recommends that the Defendant's Motion to Suppress (Filing No. 19) be denied. No objections to the Report have been filed. After a review of the Court record in this matter,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 39) is adopted; and
2. The Defendant's Motion to Suppress (Filing No. 19) is denied.

DATED this 25th day of May, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge